# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**      6500 CHERRYWOOD LANE
**UNITED STATES DISTRICT JUDGE**      GREENBELT, MARYLAND 20770
    301-344-0052

## M E M O R A N D U M

TO:     Counsel of Record

FROM:     Judge Roger W. Titus

RE:     *Developers Surety and Indemnity Company v. Crispino et al.*
    RWT 09cv3076

DATE:     October 31, 2013

* * * * * * * * *

The Court having conducted a telephone status conference on October 31, 2013, and with the consent of counsel for both parties, a further telephone status conference is hereby **SCHEDULED** for **November 18, 2013, at 3:30 p.m.**

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                           /s/
                                      Roger W. Titus
                                      United States District Judge